**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

21-10496

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | MAURICE MWENDA MAORE, (Estate) |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | Maurice Maore, Maurice M. Maore, Maurice Mwenda Maore, MAURICE MWENDA |
| 3. | Debtor's federal Employer Identification Number (EIN) | 40-7437399<br>[83-6743842] |

4. **Debtor's address**

**Principal place of business**

Commonwealth of Kentucky
Number   Street

116199225781, State Registrar
P.O. Box

Lexington    Kentucky
City        State    ZIP Code

Fayette
County

**Mailing address, if different from principal place of business**

c/o 875 Franklin Gateway #1216
Number   Street

Rural free Delivery near;
P.O. Box

Marietta   Georgia [30067-0000]
City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

75 Ted Turner Drive 22nd Floor
Number   Street

#1200m.00071 c/o Clerk of Court
Atlanta   Georgia [30303-0000]
City        State    ZIP Code

5. Debtor's website (URL) _____

Debtor  **MAURICE NWENDA MOORE**                                   Case number (if known)_____
        Name

| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☒ Other. Specify: **Trust (public or constructive)** |

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☒ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☒ Tax-exempt entity (as described in 26 U.S.C. § 501)
☒ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition. **See Attachments ("Credit Bid")**

☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor _____ Case number (if known)_____
           Name

N/A

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No
☐ Yes.  District _____ When ___/___/_____ Case number _____
                                       MM / DD / YYYY

If more than 2 cases, attach a separate list.

District _____ When ___/___/_____ Case number _____
                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.  Debtor United States (State of Maryland)  Relationship Principal Debtor/obligor
        District Northern District of Georgia   When 01/14/2021: Now
                                                     MM / DD / YYYY
        Case number, if known 12omi0007)

List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☒ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other Executor de son Tort (State of Maryland #15093652)

Where is the property? C/o 50 Maryland Avenue #15093652 (1552295F4)
                       Number        Street

Rockville                          Maryland   20850
City                               State ZIP Code

**Is the property insured?**

☐ No
☒ Yes. Insurance agency Social Security Administration (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)
       Contact name MICAH KARITHI MWENDA-BALLARD
       Phone N/A

**Statistical and administrative information**

Debtor  MAURICE MUOENDA MOORE                           Case number (if known) _____

### 13. Debtor's estimation of available funds

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☒ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/20/2021:Nou
            MM / DD / YYYY

X _per pro represent: Maurice Moore Moore_           Maore Muenda, Executor-Beneficiary
Signature of authorized representative of debtor     Printed name

Title  28 USC 1746(1): Attorney in Fact

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name MAURICE MWENDA MAORE

United States Bankruptcy Court for the: Northern District of Georgia
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name: Maore Mwenda

Describe debtor's property that is subject to a lien: 1169225781-5706907, Various Securities/Bonds.

$1,945,000,000,000    $17,505,000,000

Creditor's mailing address: c/o 875 Franklin Gateway #1216 Marietta, Georgia [30067-mag]

Describe the lien: Security Agreement/Non-ucc Trust

Is the creditor an insider or related party?
☒ No
☐ ~~Yes~~

Creditor's email address, if known: _____

Date debt was incurred: July 3rd 1992 - Now
Last 4 digits of account number: 9 2 6 0

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

---

**2.2** Creditor's name: MWENDA MAORE ESTATE

Describe debtor's property that is subject to a lien: 907427399H1681517

$Unlimited    $Unlimited

Creditor's mailing address: 75 Ted Turner Drive #1200mwg? Atlanta, Georgia [30303-0001]

Describe the lien: Irrevocable Living Trust

Is the creditor an insider or related party?
☐ No
☒ Yes

Creditor's email address, if known: _____

Date debt was incurred: July 7th 1992 - Now
Last 4 digits of account number: 8 9 9 6

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $_____

Debtor **MAURICE MWENDA MATORE**  
Case number (if known) _____

## Part 1: Additional Page

Column A — Amount of claim (Do not deduct the value of collateral.)
Column B — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**23** Creditor's name: **Clerk of Court**

Creditor's mailing address: **Richard B. Russell Federal Building 22nd Floor Atlanta, Georgia**

Describe debtor's property that is subject to a lien: **RE014463670US/RE014463737US Assignment. Department of Health and Human Services #020142849**

Amount: **$4,609,681,000**   Collateral: **$2,122,389,000**

Describe the lien: **Writ of Mandamus - Default Judgement**

Is the creditor an insider or related party?
- [ ] No
- [x] Yes

Date debt was incurred: **Sept 2019 - Now**
Last 4 digits of account number: **2849**

Is anyone else liable on this claim?
- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Have you already specified the relative priority?

As of the petition filing date, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

---

**24** Creditor's name: **Department of The Treasury**

Creditor's mailing address: **1500 Pennsylvania Avenue Northwest Rm 340, Washington District of Columbia**

Describe debtor's property that is subject to a lien: **RE014463723US - Exclusive, Mandatory Obligations as Expressed or Fair at 120mi00071: Assignment**

Amount: **$Unlimited**   Collateral: **$Unlimited**

Describe the lien: **full faith and credit**

Is the creditor an insider or related party?
- [ ] No
- [x] Yes

Date debt was incurred: **Nov 17th 2017: Now**
Last 4 digits of account number: **3622**

Is anyone else liable on this claim?
- [ ] No
- [x] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
- [x] No
- [ ] Yes. Have you already specified the relative priority?

As of the petition filing date, the claim is: Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

---

Official Form 206D    Additional Page of Schedule D: Creditors Who Have Claims Secured by Property    page **2** of **2**

**Fill in this information to identify the case:**

Debtor name: MAURICE MWENDA MAORE

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | State of Maryland | 200 Saint Paul Place c/o of. (Street) Office of Attorney General, Brian E. Frosh Baltimore Maryland 21202 (City) (State) (ZIP Code) | Maore Mwenda | ☒ D ☐ E/F ☐ G |
| 2.2 | Department of State | 44132 Mercure Circle (Street) United States Department of State Sterling Virginia 20166-1059 (City) (State) (ZIP Code) | Maore Mwenda | ☒ D ☐ E/F ☐ G |
| 2.3 | Montgomery County Circuit Court | 50 Maryland Avenue #150976FL (Street) C/o Cynthia Callahan, Barbara Meiklejohn Rockville Maryland 20850 (City) (State) (ZIP Code) | Maurice Mwenda | ☒ D ☐ E/F ☐ G |
| 2.4 | United States | 950 Pennsylvania Avenue Northwest (Street) c/o of Office of Attorney General Washington District of Columbia (City) (State) (ZIP Code) | MWENDA MAORE ESTATE | ☒ D ☐ E/F ☐ G |
| 2.5 | _____ | _____ (Street) _____ (City) (State) (ZIP Code) | _____ | ☐ D ☐ E/F ☐ G |
| 2.6 | _____ | _____ (Street) _____ (City) (State) (ZIP Code) | _____ | ☐ D ☐ E/F ☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of 1

# LIST OF CREDITORS

| | |
|---|---|
| The debtor must provide and maintain a complete List of Creditors reflecting names and addresses only of all creditors. This list is used to mail notices to creditors. Lack of proper notice may result in no discharge of a debt owed. | **Guidelines:**<br>• Creditor name and mailing address ONLY<br>• Enter one creditor per box<br>• Creditor's name must be on the first line<br>• City, state and zip code must be on the last line<br>• No more than five lines of information per creditor<br>• Do NOT include: account numbers, phone numbers or amounts owed |

| | |
|---|---|
| MWENDA MADDE ESTATE<br>[P.O. Box 57645 Nairobi Kenya] care of:<br>Office of The Executor Near:<br>75 Ted Turner Drive 22nd floor #120410071<br>Atlanta, Georgia [30303-0000] | |
| Maon Mwenda, Office of The Executor<br>Care of: 875 Franklin Gateway #1216<br>[Rural Free Delivery] Near:<br>Marietta Georgia [30067-0000] | |
| | |
| | |
| | |
| | |
| | |

```
U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ATLANTA DIVISION

RECEIPT #01264778 (OJ) OF 05/20/2021


ITEM  CODE  CASE              QUANTITY                    AMOUNT   BY

  1   11IN  21-10496              1                       $ 0.00   Currency
            Judge  - unknown at time of receipt
            Debtor - MAURICE MWENDA MAORE, (ESTATE)


TOTAL:                                                    $ 0.00


FROM: Maurice Mwenda Maore, (Estate)
      c/o 875 Franklin Gateway #1216
      Rural free Delivery near;
      Marietta, GA 30067-0000
```

| Case Number: 21-10496 | Name: Maore | Chapter: 11 |
|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely. If you would like to have a filed-stamped copy of the documents, please submit an extra copy along with a self-addressed stamped envelope.

☐ Individual - Series 100 Forms                    ☒ Non-Individual - Series 200 Forms

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**
☐ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (**due within 7 days**, signature must be **notarized, or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN (**due within 7 days**)

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**
☒ Statement of Financial Affairs
☒ Schedules: A/B, E/F, G
☒ Summary of Assets and Liabilities
☒ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☐ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling (*Individuals only*)
☐ Pay Advices (*Individuals only*) (*2 Months*)
☐ Chapter 13 Plan, complete with signatures **(*local form*)**
☒ Corporate Resolution (*Business Ch. 7 & 11*)

**Ch.11 Business**
☒ 20 Largest Unsecured Creditors
☐ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☐ Statement of Intent – Ch. 7 (*Individuals only*)

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address    ☐ County
☐ Type of Debtor
☐ Chapter
☐ Nature of Debts
☐ Statistical Estimates
☐ Venue
☐ Attorney Bar Number

### Case filed via:
☒ Intake Counter by:
  ☐ Attorney
  ☐ Debtor - verified ID
  ☒ Other - copy of ID: (706) 427-2479

☐ Mailed by:
  ☐ Attorney
  ☐ Debtor
  ☐ Other: _____

☐ Email [Pursuant to General Order 40-2020, this petition was received for filing via email]

### History of Case Association
Prior cases within 2 years: None.

Signature: _____
Acknowledgment of receipt of Deficiency Notice

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov. If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

**FILING FEE INFORMATION** - if the required filing fees are not paid in full at the time of case filing, an Order will be forthcoming:
**Online Payment for Filing Fee**  https://www.ganb.uscourts.gov/online-payments (not for chapter 13 plan payments)
  ☐ Paid $ __0.00__    ☐ **2g**-Order Granting    ☐ **3g**-Order Granting 10-day  (initial payment of $____ due within 10 days)
  ☐ **2d**-Order Denying with filing fee of $____ due within **10 days**   ☐ IFP filed (Ch.7 Individuals Only)
  ☒ No Application to Pay in Installments, Order Regarding Unpaid Case Filing Fee.
  You may mail documents and filing fee payments (no personal checks accepted - cashier's check or money orders only) to the address below.
  All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.
  **\*\*Failure to Comply may result in the dismissal of your case.\*\***
  UNITED STATES BANKRUPTCY COURT
  18 Greenville Street, 2nd Floor
  Newnan, GA 30263
  678-423-3000

| Intake Clerk: | Date: 5/20/21 | Case Opener: | Date: |
|---|---|---|---|